THE case of the *B. & M. R. R. v. The City of Lincoln* involves the same questions passed on in the foregoing, and is likewise affirmed.

*Marquett, Deweese & Hall,* for the railroad.

*A. C. Ricketts,* for the city.